IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.R.GUEST LLC, | No. C 13-00110 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SOCO HOSPITALITY LLC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 13, 2013 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 20,2013.

DESIGNATION OF EXPERTS: 2/28/14; REBUTTAL: 3/10/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 1, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 10, 2014;

    Opp. Due January 24, 2014;  Reply Due January 31, 2014;

    and set for hearing no later than February 14, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 22, 2014 at 3:30 PM.

JURY TRIAL DATE: May 5, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall be prepared to discuss and ADR procedure at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/24/13

                                            SUSAN ILLSTON
                                            United States District Judge

**United States District Court**
For the Northern District of California