KAREN S. FRANK (State Bar No. 130887)
JEFFREY G. KNOWLES (State Bar No. 129754)
SUNEETA D. FERNANDES (State Bar No. 257772)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:   ksfrank@coblentzlaw.com,
         ef-jgk@cpdb.com,
         ef-sdf@cpdb.com

Attorneys for Plaintiff B.R. GUEST, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.R. GUEST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOCO HOSPITALITY GROUP LLC, d/b/a/ FLIPSIDE BAR & BURGER,<br><br>Defendant. | Case No. CV 13-00110 SI<br><br>**STIPULATION FOR JOINT DISMISSAL WITH PREJUDICE**<br><br>Trial Date:       None Set |



IT IS SO ORDERED
Judge Susan Illston

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff B.R. Guest, LLC, on the one hand, and Defendant SOCO Hospitality Group LLC, on the other hand, hereby stipulate to the voluntary dismissal of all claims and parties in the above-captioned action, with prejudice.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: January 21, 2014        COBLENTZ PATCH DUFFY & BASS LLP

By:        /s/ Suneeta D. Fernandes
    Suneeta D. Fernandes
    Attorneys for B.R. GUEST, LLC

DATED: January 21, 2014        VEATCH CARLSON LLP

By:        /s/ S. Martin Keleti
    S. Martin Keleti
    Attorneys for SOCO HOSPITALITY GROUP, LLC

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of his signature on the document.

By:        /s/ Suneeta D. Fernandes
    Suneeta D. Fernandes
    Attorneys for B.R. GUEST, LLC